UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

OVERTON, MICHAEL RAY
OVERTON, GEORGINE LYNNETTE

      Debtor(s),
_____/

Case No. 08-20259
Chapter 7
HON. DANIEL S. OPPERMAN

## NOTICE OF CLAIMS UNDER $5.00

TO: CLERK OF THE COURT

  NOW COMES Daniel C. Himmelspach, Trustee, and states that he currently has funds in the amount of $ 2.71 for deposit in the U. S. Registry made payable to U. S. Bankruptcy Court.

  The basis for payment of said funds to the U. S. Registry is Claims under $5.00 on behalf of the following creditors:

  1.  CHASE BANK (CLAIM 4)   **$ 2.71**

Dated: May 6, 2010

/s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH (P31950)
Chapter 7 Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspah@sbcglobal.net